IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MIRANDA CHAVEZ,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>　　　　Respondents. | C 09-2927 MMC(PR)<br><br>**ORDER OF TRANSFER**<br><br>**(Docket Nos. 2, 3, 4)** |

　　　　On June 30, 2009, petitioner, a California prisoner confined at Pleasant Valley State Prison in Coalinga, California, and proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner challenges the validity of the sentence he received in connection with his criminal conviction, obtained in the Superior Court of Tehama County.  He seeks leave to proceed in forma pauperis and moves for the appointment of counsel.

　　　　Pursuant to 28 U.S.C. § 2241(d), venue for a habeas action is proper in either the district of confinement or the district of conviction.  See 28 U.S.C. § 2241(d).  Where the petition challenges a conviction or sentence, however, federal courts in California traditionally have chosen to hear such petition in the district of conviction.  See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968); see also Habeas L.R. 2254-3(a)(1).  Here, petitioner is not confined in, nor

1 was he convicted in, the Northern District.  Rather, petitioner is confined in Fresno County,
2 which is located within the venue of the Eastern District of California, and was convicted in
3 Tehama County, which also is located within the venue of the Eastern District of California.
4 See 28 U.S.C. § 84(b).  Consequently, venue is not proper in the Northern District.
5      When venue is improper, the district court has the discretion to either dismiss the
6 action or transfer it "in the interest of justice."  See 28 U.S.C. § 1406(a).  Accordingly, in the
7 interest of justice, the above-titled action is hereby TRANSFERRED to the United States
8 District Court for the Eastern District of California.  In light of the transfer, this Court will
9 defer to the Eastern District with respect to petitioner's application to proceed in forma
10 pauperis and motion for appointment of counsel.
11      This order terminates Docket Nos. 2, 3 and 4.
12      IT IS SO ORDERED.
13 DATED: July 8, 2009
14                                     _____
                                       MAXINE M. CHESNEY
15                                     United States District Judge