1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FERNANDO MIRANDA CHAVEZ,

11              Petitioner,                    No. CIV S-09-1876 FCD DAD P

12        vs.

13   JAMES A. YATES, Warden,

14              Respondent.                    <u>ORDER</u>

15   _____/

16             Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  On March 10, 2010, the assigned district judge to this case

18   granted petitioner's motion for a stay and abeyance, stayed this action, and ordered petitioner to

19   file and serve a status report in this case on the first court day of each month.  Petitioner has now

20   failed twice to timely file a status report.

21             Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days of

22   the date of this order, petitioner shall file and serve a status report explaining the status of his

23   exhaustion petition pending before the California Supreme Court and shall show cause in writing

24   /////

25   /////

26   /////

                                      1

1  why sanctions should not be imposed for his failure to timely file and serve previous status

2  reports in accordance with the court's order.

3  DATED: July 12, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
chav1876.sr

2