IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FERNANDO MIRANDA CHAVEZ,

    Petitioner,                    No. CIV S-09-1876 FCD DAD P

    vs.

JAMES A. YATES, Warden,

    Respondent.              <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 12, 2010, the court ordered petitioner to file a status report explaining the status of his habeas petition pending before the California Supreme Court. (Doc. No. 22.) On July 23, 2010, petitioner filed a status report explaining therein that his exhaustion petition is still pending before the California Supreme Court. (Doc. No. 23.) On August 4, 2010, petitioner filed another status report in which petitioner states that the status of his state habeas petition has not changed.

        Accordingly, IT IS HEREBY ORDERED THAT:

        1. The court's July 12, 2010 order to show cause (Doc. No. 22) is discharged; and

/////

/////

1

2. In accordance with the court's March 10, 2010 order, petitioner shall file and serve a status report in this case on the first court day of each month.  Petitioner shall also file and serve a motion to lift the stay of this action, along with a proposed amended petition containing only exhausted claims, within thirty days after petitioner is served with the California Supreme Court's order disposing of the state exhaustion petition.

DATED: August 9, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
chav1876.osc.d