IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FERNANDO MIRANDA CHAVEZ,

    Petitioner,                    No. CIV S-09-1876 FCD DAD P

    vs.

JAMES A. YATES, Warden,

    Respondent.                ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By order filed December 10, 2010, respondent was ordered to file, within sixty days, an answer to the amended petition.  Respondent has not filed an answer to the petition.

        Good cause appearing, IT IS HEREBY ORDERED that within fourteen days from the date of this order respondent shall file and serve an answer to the amended petition for writ of habeas corpus and shall show cause in writing why sanctions should not be imposed due to respondent's failure to timely file an answer.

DATED: April 5, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
chav1876.102

1